Rufus E. THOMPSON, Plaintiff—
Appellant,

v.

John E. POTTER, Postmaster General,
United States Postal Service,
Defendant—Appellee.

No. 06–1394.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 25, 2006.

Decided: Oct. 16, 2006.

---

502

■■■■■■

Rufus E. Thompson, Appellant Pro Se. Joan Brodish Binkley, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rufus E. Thompson appeals the district court's order denying Thompson's motion to vacate or set aside judgment pursuant to Fed. R. Civ. P. 60(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. Potter*, No. 1:03–cv–00593–JAB (M.D.N.C. filed Feb. 23, 2006; entered Feb. 24, 2006). We deny Thompson's motion to place his case in abeyance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*